# IN THE SUPREME COURT OF THE STATE OF NEVADA

ENOMA UYG IGBINOVIA,
                Appellant,
        vs.
JERRY HOWELL, WARDEN; AND THE
STATE OF NEVADA,
                Respondents.

No. 81246

FILED

JUN 10 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed the notice of appeal on May 18, 2020. Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Jerry A. Wiese, District Judge
Enoma Uyg Igbinovia
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk